BEFORE THE THIRD DIVISION, JUNE 27, 1940

**No. 44042.**—Protests 899772–G, etc., of W. X. Huber Co. (Los Angeles):

Opinion by Evans, J. In accordance with stipulation of counsel the broken rice in question was held dutiable at five-eighths of 1 cent per pound under paragraph 727 as claimed. *United States* v. *Great Pacific Co.* (23 C. C. P. A. 319, T. D. 48192) followed.